THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-683-F

| THE STATE OF NORTH CAROLINA, | ) | |
|---|---|---|
| DEPARTMENT OF JUSTICE, ROY | ) | |
| COOPER, and VIDA V. JOHNSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MINISTER I AM TRIUMPHANT ALI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Order and Memorandum and Recommendation (M & R) [DE-4] of United States Magistrate Judge David W. Daniel, filed on February 27, 2012. The Plaintiff,[1] appearing *pro se*, did not file any objections to the Magistrate Judge's M & R.

After an independent and thorough review of the Magistrate Judge's M & R and a *de novo* review of the record, the court concludes that the M & R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M & R, and orders that this action be DISMISSED for failure to state a claim upon which relief may be granted.

SO ORDERED. This 3rd day of April, 2012.

JAMES C. FOX
Senior United States District Judge

---

[1] As Judge Daniel observed in the M&R, Minister I Am Triumphant Ali has filed the action with the caption "*The State of North Carolina et al. v. Minister I Am Triumphant Ali*" although it is clear he is not a defendant in his own action. Like Judge Daniel, the undersigned refers to Minister I Am Triumphant Ali as the Plaintiff herein.