UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE STATE OF NORTH CAROLINA, ) <br> DEPARTMENT OF JUSTICE, ROY ) <br> COOPER, VIDA V. JOHNSON, ) <br>                Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> MINISTER I AM TRIUMPHANT ALI, ) <br>                Defendant. ) | **JUDGMENT** <br><br> No. 5:11-CV-683-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court hereby ADOPTS the Magistrate Judge's Memorandum and Recommendation and orders that this action be DISMISSED for failure to state a claim upon which relief may be granted.

**This Judgment Filed and Entered on April 3, 2012, and Copies To:**

Minister I Am Triumphant Ali (via regular mail to 2500 Goldrock Road, Rocky Mount, NC 27804)

DATE                                                         JULIE A. RICHARDS, CLERK
April 3, 2012                                     /s/ Susan K. Edwards
                                                         (By) Susan K. Edwards, Deputy Clerk