UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THE STATE OF NORTH CAROLINA,           )
DEPARTMENT OF JUSTICE, ROY             )
COOPER, VIDA V. JOHNSON,               )
               Plaintiffs,        )
                                 )
v.                                     )     **JUDGMENT**
                                 )
                                 )     No. 5:11-CV-683-F
                                 )
MINISTER I AM TRIUMPHANT ALI,          )
               Defendant.        )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court hereby ADOPTS the Magistrate Judge's Memorandum and Recommendation and orders that this action be DISMISSED for failure to state a claim upon which relief may be granted.

**This Judgment Filed and Entered on April 3, 2012, and Copies To:**

Minister I Am Triumphant Ali (via regular mail to 2500 Goldrock Road, Rocky Mount, NC 27804)

DATE                          JULIE A. RICHARDS, CLERK
April 3, 2012                   /s/ Susan K. Edwards          
                              (By) Susan K. Edwards, Deputy Clerk